UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
|  | 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates To:**

*Mara Morrison v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 13-cv-10614-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motion to Dismiss, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by Judge David R. Herndon
Date: 2016.02.09 09:41:37 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT